Order entered January 6, 2014



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01016-CV

**CAROL S. WARREN, Appellant**

**V.**

**SUNSET MORTGAGE COMPANY, LP, ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-08266**

## ORDER

We **GRANT** appellant's December 30, 2013 second motion for an extension of time to file a brief **TO THE EXTENT** that appellant shall file her brief **ON OR BEFORE JANUARY 27, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
JUSTICE